**FILED**
4:59 pm, Jan 24, 2019
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

SCANNED at PENDLETON and Emailed on
1/24/19 by WL - pages.
(date)   (initials)   (num)

Consent To Receipt of Documents Through Prisoner Electronic Filing Program

I am participating in the United States District Court for the Northern and Southern Districts of Indiana Prisoner Electronic Filing Program ("E-Filing Program").

When the Court issues an Order, Entry, or other document, a Notice of Electronic Filing is automatically generated and sent to Library staff. In order to receive copies of documents issued by the Court more quickly, I consent pursuant to Fed. R. Civ. P. 5(b)(2)(F) to be served with documents issued by the Court via the E-Filing Program. By consenting to participate I will receive via the institutional mail a printed copy of any ruling or notice issued by the Court in the case and a copy of the Notice of Electronic Filing.

This consent is valid as long as I reside at my current correctional facility. A new consent form will need to be signed if I am transferred and the new facility participates in the E-Filing Program. I acknowledge that it is my obligation to notify the Court of any change in my address.

Name: _____ (signature)   Date: 1/24/19, 2019.

Printed: Chad Henry

IDOC #: 141870

Address: 4490 W. Reformatory Road
Pendleton, Indiana. 46064-9001

Case filed in:

Northern District of Indiana ☐

Southern District of Indiana ☒

Case Number (if pending at time of consent): 1:19-CV-00189-TWP-MPB